**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOHN H. BOLDIN                                    )
ADC # 138089                                      )
    Petitioner,                              )          **Case No. 5:10-CV-00352 SWW-JTK**
                                                  )
v.                                                )
                                                  )
RAY HOBBS, Director,                              )
Arkansas Department of Correction                 )
    Respondent.                              )

## <u>ORDER</u>

    The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

    Accordingly, judgment shall be entered dismissing this complaint with prejudice.

    IT IS SO ORDERED this 16th day of May, 2012.


                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE