# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| JOHN H. BOLDIN ) | |
| ADC # 138089 ) | |
|    Petitioner, ) | **Case No. 5:10-CV-00352 SWW-JTK** |
| ) | |
| v. ) | |
| ) | |
| RAY HOBBS, Director, ) | |
| Arkansas Department of Correction ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 16th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE